AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

TYLER BUEFORD,
*Plaintiff*

V.   Civil Action No. **7:19−CV−00275−DC**

**NATIONAL RECOVERIES, INC.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  National Recoveries, Inc.
     c/o Registered Agent
     CT Corporation System
     1999 Byran St., Ste. 900
     Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Joseph Scott Davidson
       Sulaiman Law Group LTD
       2500 South Highland Avenue
       Suite 200
       Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/SAMANTHA ENRIQUEZ**
DEPUTY CLERK



**ISSUED ON 2019−12−02 12:18:49**

Civil Action No. 7:19-cv-00275

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NATIONAL RECOVERIES, INC., was received by me on *(date)* Dec 6, 2019, 12:47 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TERRI THONGSAVAT, who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR NATIONAL RECOVERIES, INC., on *(date)* Wed, Dec 11, 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 12/11/2019

*Server's signature*

Kathleen M. Miller - Process Server - PSC-1898 Exp. 3/31/20

*Printed name and title*

1910 Pacific Avenue, Suite 16700, Dallas, TX 75201

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 11, 2019, 12:45 pm at 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201 received by NATIONAL RECOVERIES, INC., BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY TERRI THONGSAVAT, DESIGNATED AGENT FOR SERVICE OF PROCESS.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT.